IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WILLIAMS, JR. | : | CIVIL ACTION |
| Plaintiff, | : | CASE NO.: 3:23-cv-00207 |
| v. | : | |
| BLOCK AND TACKLE, LLC and AUSTIN TATAREK c/o Block and Tackle, LLC | : | |
| Defendants. | : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff's claims in the above-captioned matter are dismissed with prejudice. Each party to pay its own fees, costs and any other litigation expenses.

/s/ Samantha Pankey Martin
Samantha Pankey Martin, Esq.
**KARPF, KARPF & CERUTTI, P.C.**
8 Interplex Drive, Suite 210
Feasterville-Trevose, PA 19053
P: (215) 639-0801
smartin@karpf-law.com

*Attorneys for Plaintiff*

/s/ Robert L. Perryman
Robert L. Perryman, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
1735 Market Street, Suite 3000
Philadelphia, PA 19103
P: (215) 995-2821
robert.perryman@ogletree.com

*Attorneys for Defendants*

Date: April 30, 2025

AND NOW, this 6th day of May, 2025,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1